UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 05-10633-MEL |
| | ) | |
| VINCENTE DUARTE, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>UNITED STATES' MOTION FOR DEFAULT</u>

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter a default against the defendant, Vincente Duarte (hereinafter "Duarte"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1.      According to our office records, Duarte is indebted to the United States for the principal amount of $130,526.88; plus $25,833.98 accrued interest; plus costs.  The total balance as of November 30, 2005 is $156,360.86.

2.      The submitted affidavit of Tricia L. Desingco, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes Duarte's failure to plead to the complaint.

WHEREFORE, the United States moves this Court to enter a default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against Duarte for failing to plead to, or otherwise defend, the complaint in the above captioned action.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:
 /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: November 30, 2005

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                    Boston, MA

I hereby certify that on this day, I served a copy of the foregoing by mailing to Vincente Duarte at 154 Langley Street, Apt. 1, Fall River, MA 02720.

 /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 05-10633-MEL |
| | ) | |
| VINCENTE DUARTE, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT SUPPORTING UNITED STATES' MOTION FOR DEFAULT

I, Tricia L. Desingco, state under oath that:

1.      I am a Paralegal with the United States Attorney's Office Financial Litigation Unit located in Boston, Massachusetts.

2.      In that capacity, I process and maintain debt collection cases, including the case of Vincente Duarte (hereinafter "Duarte").  I am also the custodian of the records for such cases.

3.      Duarte was served, according to the return of service, with a summons and complaint on May 15, 2005 at 154 Langley Street, Apt. 1, Fall River, MA 02720.  See attached exhibit "A".  As of November 30, 2005, Duarte has not served on the United States Attorney an answer, or other responsive pleading, to the complaint in the above captioned action.

Tricia L. Desingco
Paralegal

Date: November 30, 2005

Signed and sworn to before me at Boston, Massachusetts, on this 30 day of November, 2005.

Notary Public

My commission expires:

JOANNE L. ALBANO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 25, 2009

Case 1:05-cv-10633-M          led 05/27/2005  Page 1 of 2

**EXHIBIT**

**A**

**PROCESS RECEIPT AND RETURN**

U.S. Department of Justice
United States Marshals Service

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | C5 - 1C633 - MEL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Vincente Duarte | |

**SERVE**  NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Vincente Duarte

**AT**  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Maple Street, Fall River, MA 02720  NG

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy M Rotas
US Attorney's Office
Financial Litigation Unit
One Courthouse Way St 9200
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Please serve prior to June 30, 2005
Alternate address 154 Langley St. Apt 1
Fall River, MA         Name on mailbox

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | 617-748-3355 | 3/31/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Salama | 3/31/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Elizabeth Duarte (daughter) | |
| Address (*complete only if different than shown above*) | Date of Service: 5/25/05  Time: 12:40 pm |
| | Signature of U.S. Marshal or Deputy: US Marshal |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | 36.50 | — | 126.50 | | | |

REMARKS: 4/1/05 - 10:25 AM - NO ANSWER  677 MAPLE ST (HOUSE FOR SALE)
4/4/05  10:05 AM - NO ANSWER 154 LANGLEY ST. SUND
4/12/05  1:30 PM - NO ANSWER 154 LANGLEY STND  Z. HR

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|