UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>United States of America</u>          CIVIL ACTION
           **Plaintiff**
                                NO. <u>  05-10633-MEL </u>
      V.

<u>Vincente Duarte</u>
           **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u> United States of America </u> for an order of Default for failure of the Defendant,<u> Vincent Duarte </u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this<u> 7 </u> day of <u>December 2005</u>.

                                                    SARAH A. THORNTON
                                                    CLERK OF COURT

                                    By:   <u>/s/ George H. Howarth</u>
                                           Deputy Clerk

**Notice mailed to: Gov't's Counsel and defendant**

(Default Notice.wpd - 2/2000)                                                                 [ntcdflt.]