United States Bankruptcy Court
District of Massachusetts

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 05/06/2006 at 10:29 AM and filed on 05/06/2006.

**Vincente Duarte**
154 Langley Street
Apt. 1
Fall River, MA 02720
SSN: xxx-xx-1047

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Roger Stanford**<br>Stanford & Schall<br>100 Eighth Street<br>New Bedford, MA 02740<br>(508) 994-3393 | **Warren Agin**<br>Swiggart & Agin LLC<br>2 Center Plaza<br>Suite 510<br>Boston, MA 02108<br>617-742-0110 ext. 233 |

The case was assigned case number 06-11293 to Judge Joan N. Feeney.

The filing of a bankruptcy case automatically stays certain actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.mab.uscourts.gov/ or at the Clerk's Office, U. S. Bankruptcy Court, 10 Causeway Street, Room 1101, Boston, MA 02222.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

James M. Lynch
Clerk, United States
Bankruptcy Court

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 05/06/2006 11:38:35 |||
| **PACER Login:** ss0054 | **Client Code:** | |
| **Description:** Notice of Filing | **Search Criteria:** | 06-11293 |

| Billable Pages: | 1 | Cost: | 0.08 |